IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-15517
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 29, 2012
JOHN LEY
CLERK

D.C. Docket No. 1:11-cr-20460-DLG-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DANIEL ABREU-JIMENEZ,
a.k.a. Danny,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(May 29, 2012)

Before BARKETT, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Jose Rafael Rodriguez, appointed appellate counsel for Daniel

Abreu-Jimenez, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Abreu-Jimenez's convictions and sentences are **AFFIRMED**.